INN - PROB 22
Rev. 05/04

**TRANSFER OF JURISDICTION**

RECEIVED
MAR
JUDGE MOODY'S CHAMBERS
HAMMOND, INDIANA

| DOCKET NUMBER (Tran. Court) |
|---|
| 0755 2:05CR00129 |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Shawn Lemonte Calhoun | Northern District Of Indiana | Hammond |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable James T. Moody |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | August 17, 2006 | August 16, 2009 |

OFFENSE
BANK FRAUD

FILED
APR 14 2008   TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CR 312
MAGISTRATE JUDGE KEYS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois ( Chicago Division) _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_March 31, 2008_          /s/ JAMES T. MOODY
Date                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUDGE COAR

_James F. Holderman_
United States District Judge

APR 1 1 2008
Effective Date